[No. 36607-6-I.    Division One.    June 9, 1997.]

DONALD H. HEWITT, *Appellant*, v. JOHN ARTHUR HEWITT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-19850-7, Larry A. Jordan, J., entered March 22, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Webster, JJ.

[Nos. 36725-1-I; 37011-1-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ALBERTO GUEVARA-ROJAS, *Appellant*.

*In the Matter of the Personal Restraint of* JOSE ALBERTO GUEVARA-ROJAS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06941-1, Anthony P. Wartnik, J., entered May 9, 1995, together with a petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.

[No. 37007-3-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL PLAGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00460-8, Linda Lau, J., entered June 26, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37110-0-I.    Division One.    June 9, 1997.]

ESCA CORPORATION, ET AL., *Plaintiffs*, AMELINC CORPORATION, *Appellant*, v. KPMG PEAT MARWICK, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 93-2-06810-7, George A. Finkle, J., entered April 21 and June 22, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.